**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER LOMMERS, | |
| Plaintiff, | Case No.: 1:24-cv-06982 |
| v. | Judge Lindsay C. Jenkins |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 45 | dreamlyn |
| 91 | ZHUCLU |
| 4 | Happy Shopping 9 |
| 53 | xinbarr999 |
| 55 | puxozx |
| 7 | iRada Fashion |
| 8 | Decaistore |
| 1 | ChicBag CO. |
| 39 | Yhmwl |
| 83 | BEIDS |
| 66 | AYUWO |
| 90 | QIQIXIA |
| 114 | Yanutan store |
| 89 | Andongnywell |
| 107 | WAIUYIA |
| 71 | xiviers |
| 93 | FJJBMSSCED-US |
| 92 | Yinyigong |
| 46 | DYeYZJ |
| 2 | WOOR |
| 40 | Hong ming he |

DATED: September 16, 2024	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 16, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt